UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA CHIANG,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SABRINA AFIFI,<br><br>　　　　Defendant. | Case No. 24-cv-01342-DMR<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

On March 6, 2024, Defendant Sabrina Afifi removed this case to this court. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge James Donato to determine whether it is related to *Chiang v. Afifi*, No. 23-cv-06235 JD.

**IT IS SO ORDERED.**

Dated: March 7, 2024

_____
DONNA M. RYU
Chief Magistrate Judge