1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6                            SAN FRANCISCO DIVISION

7

8    TINA CHIANG,
                                                    Case No.  25-cv-02074-PHK
9              Plaintiff,

10        v.                                        *SUA SPONTE* **JUDICIAL REFERRAL
                                                    FOR PURPOSES OF DETERMINING**
11   SABRINA AFIFI,                                 **RELATIONSHIP OF CASES**

12             Defendant.

13

14        On February 3, 2025, Plaintiff Tina Chiang filed an unlawful detainer action against

15   Defendant Afifi in the California Superior Court for the County of Alameda, Case No. 25-cv-

16   109250. [Dkt. 1 at 10–16]. Defendant Afifi filed an Answer to the Complaint. *Id.* at 27–32. On

17   February 27, 2025, Defendant Afifi filed a notice of removal of the action to this Court. [Dkt. 1].

18   Contemporaneously, she moved this Court for leave to proceed *in forma pauperis*. [Dkt. 2]. The

19   Court notes that this case may deal with the same underlying property as in *Chiang v. Afifi*, Case

20   No. 23-cv-06235 JD.

21        Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge James

22   Donato to determine whether it is related to *Chiang v. Afifi*, Case No. 23-cv-06235 JD.

23        **IT IS SO ORDERED.**

24   Dated: March 11, 2025

25                                              _____

26                                              PETER H. KANG
                                                United States Magistrate Judge
27

28